**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,                    Criminal No. 09-362 (1) (RHK/RLE)

          Plaintiff,                    **ORDER**

vs.

Lyons Lonnie Bynum,

          Defendant.

---

      This matter is venued in the Sixth Division.

      All proceedings before the undersigned (motions, trial, etc.) will be held in the

United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the

Court.

Dated:  December 11, 2009

                       s/Richard H. Kyle
                       RICHARD H. KYLE
                       United States District Judge